No. 436, Misc. MARSHALL v. MARONEY, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

Nos. 439, Misc., 440, Misc., and 441, Misc. SCOTT v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Supreme Court of California. Certiorari denied.

No. 442, Misc. KING v. CORRECTIONS COMMISSION ET AL. Supreme Court of Michigan. Certiorari denied.

No. 443, Misc. CONKLIN v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 448, Misc. DARLING v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 453, Misc. MOORE, ALIAS PHILLIPS, v. WIMAN, WARDEN, ET AL. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se*. *MacDonald Gallion*, Attorney General of Alabama, and *John C. Tyson III*, Assistant Attorney General, for respondents.

No. 454, Misc. SCHNEIDER v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se*. *Manuel W. Levine* for respondent.

No. 455, Misc. TAYLOR v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 457, Misc. WESLEY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 461, Misc. CLOUTHIER v. MARONEY, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.